## STATE OF CONNECTICUT *v.* VINCENT V. CORNELIUS

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 177 (AC 29662), is denied.

*Pamela S. Nagy,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided May 5, 2010

## STATE OF CONNECTICUT *v.* MICHAEL ANCONA

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 324 (AC 30412), is denied.

*Vincent F. Sabatini,* in support of the petition.

*Nancy L. Chupak,* senior assistant state's attorney, in opposition.

Decided May 5, 2010